Wayne P. MCGEE, Plaintiff–Appellant,

v.

Hardy MYERS; et al., Defendants–Appellees.

No. 99–35774.

D.C. No. CV–99–618–ALH.

United States Court of Appeals, Ninth Circuit.

Submitted May 14, 2001.*

Decided May 25, 2001.

---

courts of this circuit except as may be provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before PREGERSON, FERNANDEZ, and WARDLAW, Circuit Judges.

### MEMORANDUM **

Wayne P. McGee, an Oregon state prisoner, appeals pro se the district court's judgment denying his request to proceed in forma pauperis under 28 U.S.C. § 1915(g), and dismissing, without prejudice, his 42 U.S.C. § 1983 action against prison and state officials. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo the district court's dismissal, *see Tierney v. Kupers*, 128 F.3d 1310, 1311 (9th Cir.1997), and we affirm.

The district court properly denied McGee's request for in forma pauperis status and dismissed his action without prejudice. *See* 28 U.S.C. § 1915(g); *Tierney*, 128 F.3d at 1311. On appeal, McGee raises allegations that he is suffering from serious physical harm. However, McGee failed to allege these facts before the district court, and "[a]s a general rule, we will not consider an issue raised for the first time on appeal." *See Howard v. America Online Inc.*, 208 F.3d 741, 747 (9th Cir. 2000).

AFFIRMED.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).